IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAHIR NOOR, ) individually and on behalf of a class, ) ) Plaintiff, ) ) vs. ) ) STEPHENS & MICHAELS ) ASSOCIATES, INC., and FIFTH ) THIRD BANK, ) ) Defendants. ) | 09-cv-4722 Judge Lefkow Magistrate Judge Mason |

## NOTICE OF SETTLEMENT

Plaintiff hereby informs the Court that the parties have reached a settlement of this case. Parties will execute a settlement agreement and file a stipulation of dismissal shortly.

Respectfully Submitted,

s/Tiffany N. Hardy
Tiffany N. Hardy


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tiffany N. Hardy
EDELMAN, COMBS LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

1

## **CERTIFICATE OF SERVICE**

      I, Tiffany N. Hardy, hereby certify that on April 9, 2010, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system, and notification of such filing was sent to the following parties:

David M. Schultz
dschultz@hinshawlaw.com

Justin M. Penn
jpenn@hinshawlaw.com

Todd A. Rowden
trowden@tcfhlaw.com

Timothy L. Binetti
tbinetti@tcfhlaw.com

                                                s/Tiffany N. Hardy
                                                Tiffany N. Hardy