IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAHIR NOOR, ) | |
| individually and on behalf of a class, ) | |
| ) | |
| Plaintiff, ) | 09-cv-4722 |
| ) | |
| vs. ) | Judge Lefkow |
| ) | Magistrate Judge Mason |
| STEPHENS & MICHAELS ) | |
| ASSOCIATES, INC., and FIFTH ) | |
| THIRD BANK, ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Dahir Noor and Defendants Stephens & Michaels Associates, Inc. and Fifth Third Bank, hereby stipulate to the dismissal of Plaintiff's individual claims against Defendants with prejudice, and the claims of the putative class without prejudice, and without costs, with each party to bear its own attorney's fees.

| | |
|---|---|
| **DAHIR NOOR** | **STEPHENS & MICHAELS ASSOCIATES, INC.** |
| By: s/Tiffany N. Hardy | By: s/Justin M. Penn |
| Tiffany N. Hardy | Justin M. Penn |
| One of his attorneys | One of its attorneys |
| Daniel A. Edelman | David M. Schultz |
| Cathleen M. Combs | Justin M. Penn |
| James O. Latturner | HINSHAW & CULBERTSON, LLP |
| Tiffany N. Hardy | 222 North LaSalle Street, Suite 300 |
| EDELMAN, COMBS, LATTURNER, & GOODWIN, LLC | Chicago, IL 60601 |
| 120 S. LaSalle St., Suite 1800 | (312) 704-3000 |
| Chicago, IL 60603 | FAX: (312) 704-3001 |
| (312) 739-4200 | |
| FAX: (312) 419-0379 | |

2

**FIFTH THIRD BANK**

By: <u>s/Timothy L. Binetti</u>
    Timothy L. Binetti
    One of its attorneys

Timothy L. Binetti
Todd A. Rowden
THOMPSON COBURN, LLP
55 East Monroe Street, 37th Floor
Chicago, IL 60603
(312) 346-7500
FAX: (312) 580-2201

Case: 1:09-cv-04722 Document #: 43 Filed: 09/15/10 Page 2 of 3 PageID #:265

## **CERTIFICATE OF SERVICE**

      I, Tiffany N. Hardy, hereby certify that on September 15, 2010, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system, and notification of such filing was sent to the following parties:

David M. Schultz
dschultz@hinshawlaw.com

Justin M. Penn
jpenn@hinshawlaw.com

Todd A. Rowden
trowden@tcfhlaw.com

Timothy L. Binetti
tbinetti@tcfhlaw.com

                                                s/Tiffany N. Hardy
                                                Tiffany N. Hardy